DAVIS & GILBERT LLP
Jennifer Tafel Klausner
1740 Broadway
New York, New York 10019
(212) 468-4800
jklausner@dglaw.com

Attorneys for Plaintiffs
WPP PROPERTIES and WPP GROUP USA, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WPP PROPERTIES and WPP GROUP USA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> JOHN DOE, <br><br> Defendant. | 08 Civ. 02873(RMB) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

USDS SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

Pursuant to Federal Rule of Civil Procedure 40(a)(1) Plaintiffs, WPP Properties and WPP Group USA, Inc. (together, "WPP") by their attorneys, Davis & Gilbert LLP, hereby withdraws this lawsuit, without prejudice.

In light of the foregoing counsel for the plaintiff hereby requests the

Court to adjourn the Initial Conference reset for July 7, 2008 at 9:00am without a date.

*Jennifer Tafet Klausner*

Clerk to close this case.

SO ORDERED:

Dated: July 3, 2008

Richard M. Berman USDJ